JAMES G. Ross, Appellant, *v.* SAMUEL P. WIGG, Appellant.

ALEXANDER R. CHRISTIE et al., Respondents, *v.* SAMUEL P. WIGG, Appellant.

(Argued January 19, 1886; decided January 26, 1886.)

*W. H. Kenyon* for appellants.

*W. A. Poucher* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

THE MANUFACTURERS AND TRADERS' BANK OF BUFFALO, Respondent, *v.* HARRY H. KOCH, Appellant.

(Argued January 19, 1886; decided January 26, 1886.)

*William F. Kip* for appellant.

*John G. Milburn* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.